Amy Joseph Pedersen, OSB No. 853958
ajpedersen@stoel.com
Marc E. Alifanz, OSB No. 071868
mealifanz@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **JESSICA BARTLETT,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GUNDERSON, INC.**, an Oregon corporation,<br><br>　　　　Defendant. | Civil No. CV 06-821-HU<br><br>**STIPULATED NOTICE OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(ii), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1  -  STIPULATED NOTICE OF DISMISSAL

PortInd3-1608789.1 0019493-00113

IT IS SO STIPULATED:

| CRISPIN EMPLOYMENT LAWYERS | STOEL RIVES LLP |
|---|---|
| By: *[signature]*<br>Shelley D. Russell, OSB No. 940687<br>Email: shelley@employmentlaw-nw.com<br>Telephone: (503) 293-5767<br>Facsimile: (503) 293-5766 | By: *[signature]*<br>Amy Joseph Pedersen, OSB No. 853958<br>Email: ajpedersen@stoel.com<br>Marc E. Alifanz, OSB No. 071868<br>Email: mealifanz@stoel.com<br>Telephone: (503) 224-3380<br>Facsimile: (503) 220-2480 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: December 18, 2007 | Dated: December 18, 2007 |